LARRY L. BAUMBACH
State Bar No. 50086
LAW OFFICES OF LARRY L. BAUMBACH
686 Rio Lindo Avenue
Chico, California 95926
Telephone: 530-891-6222
Facsimile: 530-893-8245

Attorney for Plaintiff KATHY STONE

BARBARA A. BLACKBURN, Bar No. 253731
LITTLER MENDELSON, P.C.
500 Capitol Mall Suite 2000 Sacramento, CA 95814
Telephone: 916.830.7200
Fax No.: 916.561.0828

Attorney for Defendant
SEVERN TRENT SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY STONE, | Case No.: 2:14-cv-00689-JAM-DAD |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL** |
| SEVERN TRENT SERVICES, INC.; DOES 1 through 100, | |
| Defendants, | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff KATHY STONE by and through her undersigned counsel, that all of the claims by Plaintiff KATHY STONE alleged against Defendants SEVERN TRENT SERVICES, INC., be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear their own attorneys' fees and costs.

Dated:  May 16, 2016            LAW OFFICE OF LARRY L. BAUMBACH

                                 */S/ Larry L. Baumbach*
                                _____
                                Larry L. Baumbach
                                Attorney for Plaintiff, Kathy Stone


Dated: May ____, 2016           LITTLER MENDELSON, PC

                                 /S/ *Barbara A. Blackburn*
                                _____
                                Barbara A. Blackburn
                                Attorney for Severn Trent Services


## ORDER

   IT IS SO ORDERED.


DATED: 5/24/2016                /s/ John A. Mendez_____
                                Honorable John A. Mendez
                                Judge of the United States District Court
                                For the Eastern District of California